**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Anderson Companies LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**Jersey Premier Landscape**

**Jersey Premier Landscape Management**

**3. Debtor's federal Employer Identification Number (EIN)**

8 2 – 2 5 2 6 3 0 8

**4. Debtor's address**

Principal place of business

**3015 South White Horse Pike**
Number        Street

**Mullica, NJ 08037**
City                        State    ZIP Code

**Atlantic**
County

Mailing address, if different from principal place of business

Number        Street

City                        State    ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                        State    ZIP Code

**5. Debtor's website (URL)**    **www.jerseypremier.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Anderson Companies LLC**                                    Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

         District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                       MM / DD / YYYY

         Case number, if known _____

Debtor    **Anderson Companies LLC**

Name    Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br>_____<br>_____<br>    City             State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    **Anderson Companies LLC**                                    Case number *(if known)*
Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/25/2026**
MM/ DD/ YYYY

X    **/s/ Shawn Anderson**                                    **Shawn Anderson**
Signature of authorized representative of debtor            Printed name

Title    **CEO**

**18. Signature of attorney**

X    **/s/ Jenny Kasen**    Date **02/25/2026**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Jenny Kasen**
Printed name

**Kasen Law Group, P.C.**
Firm name

**1236 Brace Road Suite B**
Number        Street

**Cherry Hill**                    **NJ**    **08034**
City                            State    ZIP Code

**(302) 652-3300**                    **jkasen@kasenlawgroup.com**
Contact phone                        Email address

**02771**                        **NJ**
Bar number                        State

**Fill in this information to identify the case:**

Debtor Name   **Anderson Companies LLC**

United States Bankruptcy Court for the: District of   **New Jersey**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   | --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

   3.1. **Fulton Bank**        **Checking account**        **6   3   6   2**        **$77.73**

4. **Other cash equivalents** *(Identify all)*

   4.1.

   4.2.

5. **Total of Part 1**        **$77.73**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   | --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.

Debtor   **Anderson Companies LLC**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 7.2 _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 _____ | _____ |
| 8.2 _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.** **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **$70,002.43** | - | **unknown** =.....➜ | **$70,002.43** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **$68,816.69** | - | **unknown** =.....➜ | **$68,816.69** |
| | face amount | | doubtful or uncollectible accounts | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$138,819.12**

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

Debtor    **Anderson Companies LLC**_____     Case number *(if known)*_____
      Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____  _____

    16.2 _____     _____  _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

Debtor    **Anderson Companies LLC**                                     Case number *(if known)*
Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                    ☐ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

---

Debtor    **Anderson Companies LLC**
_____    Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desk, chair, 3 filing cabinets** | **unknown** | | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    **$500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor   **Anderson Companies LLC**                                                          Case number *(if known)* _____
   Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____          _____  _____  _____

    48.2 _____          _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____          _____  _____  _____

    49.2 _____          _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| Description | | Value |
|---|---|---|
| **Epiroc breaker/hammer** | unknown | $2,500.00 |
| **2017 Ford F550 XL 4X2 Chassis & Cab Super Duty w/ Hydraulic Brakes VIN/Serial# 1FDUF5HT8HED60686** | unknown | $12,500.00 |
| **2019 Ford F350 XL Regular Cap & Chassis DRW w/ Hydraulic Brakes VIN/Serial #1FTRF3B63KED02638** | unknown | $9,500.00 |
| **Leased 2019 Case CX57C Excavator-Crawler Mounted Compact Excavators Serial # VK0000664** | unknown | $0.00 |
| **2017 F-250 Pickup truck** | unknown | $7,500.00 |
| **2018 F350 Landscape body** | unknown | $8,500.00 |
| **2019 F350 Pickup truck** | unknown | $11,500.00 |
| **2004 F550** | unknown | $3,500.00 |
| **2019 F450** | unknown | $24,000.00 |
| **2019 F250 Super Cab Pickup** | unknown | $9,500.00 |
| **2019 Transit Van** | unknown | $13,500.00 |
| **5 Lawn mowers** | unknown | $3,200.00 |
| **3 Snow blowers** | unknown | $400.00 |
| **Snow Rater** | unknown | $1,500.00 |
| **4 Salt spreaders** | unknown | $3,000.00 |
| **Backpack blowers and String trimmers** | unknown | $450.00 |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                          | **$111,050.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Debtor | **Anderson Companies LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 9: | Real property |
|---|---|

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  **3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3 /** 3015 South White Horse Pike Mullica, NJ 08037 | Fee Simple | unknown | Appraisal | $655,000.00 |

**56.   Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$655,000.00** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.   Internet domain names and websites** | | | |
| **www.jerseypremier.com** | unknown | _____ | $0.00 |
| **62.   Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64.   Other intangibles, or intellectual property** | | | |

Debtor __**Anderson Companies LLC**_____     Case number *(if known)* _____

Name

---

65. **Goodwill**

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

    | | $0.00 |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____  _____ – _____  = ➔  _____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____ Tax year _____   _____
    _____ Tax year _____   _____
    _____ Tax year _____   _____

73. **Interests in insurance policies or annuities**

    | | Current value |
    |---|---|
    | **Newtek placed policy for real estate** | unknown |
    | **Inland Marine Insurance policy for equipment** | unknown |
    | **Main Street America policy for vehicles** | unknown |
    | **Main Street America policy for general liability** | unknown |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

---

Debtor   **Anderson Companies LLC** _____    Case number *(if known)* _____

Name

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor **Anderson Companies LLC**

Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $77.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $138,819.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $111,050.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................➔ | | $655,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $250,446.85 | + 91b. $655,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ | | $905,446.85 |

**Fill in this information to identify the case:**

Debtor name __**Anderson Companies LLC**__

United States Bankruptcy Court for the District of __**New Jersey**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

__**Aspire, LLC**__

**Creditor's mailing address**

__**PO Box BOX 1178**__

__**Edison, NJ 08820**__

**Creditor's email address, if known**

_____

**Date debt was incurred**    __2/13/25__

**Last 4 digits of account number**   ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

> 1) Newtek Small Business Finance, LLC; 2) Maureen Kern; 3) New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit; 4) New Jersey Division of Employer Accounts; 5) Komatsu America Corp.; 6) Superior Pool Products, LLC; 7) Commercial Credit Group, Inc.; **8) Aspire, LLC**; 9) Township of Mullica Tax Collector

**Describe debtor's property that is subject to a lien**
3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**Describe the lien**
__Judgment Lien__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$106,890.00**   Column B: **$655,000.00**

**Remarks:** Software Supplier - Judgment No. J-17071-25

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$1,718,340.24**

| Debtor | **Anderson Companies LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Commercial Credit Group, Inc.**

**Creditor's mailing address**

**525 North Tryon Street Suite 1000**

**Charlotte, NC 28202**

**Creditor's email address, if known**

**Date debt was incurred**    **2023 and 2025**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     For 3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3: 1) Newtek Small Business Finance, LLC; 2) Maureen Kern; 3) New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit; 4) New Jersey Division of Employer Accounts; 5) Komatsu America Corp.; 6) Superior Pool Products, LLC; **7) Commercial Credit Group, Inc.**; 8) Aspire, LLC; 9) Township of Mullica Tax Collector; For Substantially all assets: 1) Newtek Small Business Finance, LLC; **2) Commercial Credit Group, Inc.**; 3) Financial Pacific Leasing, Inc.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Equipment Financing

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3, Substantially all assets

**Describe the lien**

**Judgment Lien/Agreement/UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | $100,000.00 | $655,000.00 |

Debtor   **Anderson Companies LLC**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.3**   **Creditor's name**

**Financial Pacific Leasing, Inc.**

**Creditor's mailing address**

**P.O. Box 4568**

**Federal Way, WA 98001**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **10/7/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Remarks:** Leased Equipment

**Describe debtor's property that is subject to a lien**

Substantially all assets

**Describe the lien**

Agreement/UCC-1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$28,000.00**

Column B: **unknown**

Debtor  **Anderson Companies LLC**
Name _____  Case number (if known) _____

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**2.4** Creditor's name

**Komatsu America Corp.**

Creditor's mailing address

**2240 Bethlehem Pike**

**Hatfield, PA 19440**

Creditor's email address, if known

_____

Date debt was incurred __2/18/25__

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Remarks:** Leased Equipment

Describe debtor's property that is subject to a lien

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$42,154.91**       **$655,000.00**

---

Debtor   **Anderson Companies LLC**
Name _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5** **Creditor's name**

**Maureen Kern**

**Creditor's mailing address**

**123 Exton Road**

**Somers Point, NJ 08244**

**Creditor's email address, if known**

_____

Date debt was incurred          7/24/25

Last 4 digits of account         __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Remarks:** Customer Claims

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**Describe the lien**

Judgment Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| **$50,000.00** | **$655,000.00** |

Debtor    **Anderson Companies LLC**

Name                                                                          Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**New Jersey Division of Employer Accounts**

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**$28,000.00**          **$655,000.00**

**Creditor's mailing address**

**P.O. Box 379**

**Trenton, NJ 08625-0379**

**Describe the lien**

**Judgment lien(s)**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    **2019 and 2024**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Remarks:** Payroll tax and Penalties

Debtor    **Anderson Companies LLC**                                      Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

**New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit**

**Creditor's mailing address**

**3 John Fitch Way 5th Floor, P.O. Box 245**

**Trenton, NJ 08695-0245**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2019 through present**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** Sales and Use Tax

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**Describe the lien**

Judgment liens

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$340,000.00**        **$655,000.00**

Debtor    **Anderson Companies LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** **Creditor's name**

**Newtek Small Business Finance, LLC**

**Creditor's mailing address**

**1981 Marcus Avenue 130**

**Lake Success, NY 11042**

**Creditor's email address, if known**
_____

**Date debt was incurred**    **06/28/2019**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3. Substantially all assets

**Describe the lien**

**Mortgage/Agreement/UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**$965,930.54**    **$655,000.00**

| Debtor | **Anderson Companies LLC** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Superior Pool Products, LLC**

**Creditor's mailing address**

**406 A 200 Freeway Dr Unit 200**

**Blackwood, NJ 08012**

**Creditor's email address, if known**

_____

**Date debt was incurred**       **2022**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Remarks:** Trade Debt

**Describe debtor's property that is subject to a lien**

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | |
|---|---|---|
| | $37,648.26 | $655,000.00 |

Debtor    **Anderson Companies LLC**
Name                                                                                    Case number (if known)

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.10** Creditor's name

**Township of Mullica Tax Collector**

Creditor's mailing address

**Township of Mullica Tax Office**

**PO Box 317**

**Elwood, NJ 08217**

Creditor's email address, if known

Date debt was incurred       **2025 and 2026**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

3015 South White Horse Pike Mullica, NJ 08037 Block 3501 Lots 2 and 3

Describe the lien

**Statutory lien for property taxes 2025 Q-2, Q-3, Q-4, and 2026 Q-1**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| **$19,716.53** | **$655,000.00** |

| Debtor | **Anderson Companies LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aspire, LLC**<br><br>**c/o Law offices of Joseph A. Molinaro LLC**<br>**Attn: Joseph A. Molinaro, Esq.**<br><br>**648 Wyckoff Avenue**<br><br>**Wyckoff, NJ 07481** | Line 2. __1__ | __ __ __ __ |
| **Commercial Credit Group, Inc.**<br><br>**400 Essjay Road Suite 340**<br><br>**Williamsville, NY 14221** | Line 2. __2__ | __ __ __ __ |
| **Commercial Credit Group, Inc.**<br><br>**c/o Romano, Garubo & Argentieri**<br>**Attn: Michael F.J. Romano, Esq.**<br><br>**52 Newton Avenue P.O. Box 456**<br><br>**Woodbury, NJ 08096** | Line 2. __2__ | __ __ __ __ |
| **Komatsu America Corp.**<br><br>**c/o Fein, Such, Kahn & Shepard, P.C.**<br>**Attn: David J. Levine, Esq.**<br><br>**6 Campus Drive Suite 304**<br><br>**Parsippany, NJ 07054** | Line 2. __4__ | __ __ __ __ |
| **Maureen Kern**<br><br>**c/o The Deweese Law Firm, P.C.**<br>**Attn: John P. Amenhauser, Esq.**<br><br>**3200 Pacific Avenue**<br><br>**Wildwood, NJ 08260** | Line 2. __5__ | __ __ __ __ |
| **Newtek Small Business Finance, LLC**<br><br>**c/o Law Offices of Tae H. Whang, LLC**<br>**Attn: Tae H. Whang, Esq.**<br><br>**185 Bridge Plaza North Suite 201**<br><br>**Fort Lee, NJ 07024** | Line 2. __8__ | __ __ __ __ |
| **U.S. Small Business Administration (New Jersey District Office)**<br><br>**District Counsel**<br><br>**Two Gateway Center 1002**<br><br>**Newark, NJ 07102** | Line 2. __8__ | __ __ __ __ |

Debtor   **Anderson Companies LLC**

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Superior Pool Products, LLC**<br><br>**c/o Sklar Law, LLC**<br>**Attn: Andrew Sklar, Esq.**<br><br>**20 Brace Road Suite 205**<br><br>**Cherry Hill, NJ 08034** | Line 2. __9__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Anderson Companies LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **Anderson Companies LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**ADP**

**1 ADP Blvd**

**Roseland, NJ 07068**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payroll services**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,500.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Battelinis Garage Inc. d/b/a Bobcat of Vineland**

**1801 East Sherman Avenue**

**Vineland, NJ 08360**

Date or dates debt was incurred    **2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental deficiency**

Is the claim subject to offset?
☒ No
☐ Yes

**$15,504.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Bluevine**

**c/o Eyal Lifshitz, CEO**

**30 Montgomery St. Suite 1400**

**Jersey City, NJ 07302**

Date or dates debt was incurred    **2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$27,812.76**

---

**3.4** Nonpriority creditor's name and mailing address

**Cooper Levenson, P.A.**

**Attn: Erika-Leigh Kelley, Esq.**

**1125 Atlantic Avenue**

**Atlantic City, NJ 08401**

Date or dates debt was incurred    **2020**

Last 4 digits of account number __ __ __ __

**Remarks:** Legal Fees and Expenses

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees and expenses**

Is the claim subject to offset?
☒ No
☐ Yes

**$32,028.05**

Debtor   **Anderson Companies LLC**
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**Diesel Direct Mid-Atlantic LLC**

**74 Maple Street**

**Stoughton, MA 02072**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fuel**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,656.58**

---

**3.6** Nonpriority creditor's name and mailing address

**ERC Specialists, LLC**

**c/o Strong & Hanni Law Firm**
**Attn: Benjamin P. Thomas, Esq.**

**102 South 200 East Suite 800**

**Salt Lake City, UT 84111**

Date or dates debt was incurred   **07/18/2022**

Last 4 digits of account number   __ __ __ __

Remarks: Employee Retention Tax Credit Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employee Retention Credit Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,332.93**

---

**3.7** Nonpriority creditor's name and mailing address

**Groff Tractor Mid Atlantic, LLC**

**551 N. Harding Highway**

**Vineland, NJ 08360**

Date or dates debt was incurred   **1/30/20**

Last 4 digits of account number   __ __ __ __

Remarks: Equipment Rental - Lapsed UCC-1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equipment Rental - Lapsed UCC-1**

Is the claim subject to offset?
☑ No
☐ Yes

**$67,662.00**

---

**3.8** Nonpriority creditor's name and mailing address

**New Jersey Department of Environmental Protection**

**Office of Record Access**
**ATTN: NJDEP Bankruptcy Coordinator**

**401 East State St 6th Floor West**

**Trenton, NJ 08625-0420**

Date or dates debt was incurred   **March 18, 2024**

Last 4 digits of account number   __ __ __ __

Remarks: Civil Administrative Penalty Assessment

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fine**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

| Debtor | **Anderson Companies LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

**3.9**

Nonpriority creditor's name and mailing address

**North Mill Equipment Finance, LLC and North Mill Credit Trust**

**601 Meritt 7 Suite 5**

**South Norwalk, CT 06857**

Date or dates debt was incurred    **10/31/19**

Last 4 digits of account number    __ __ __ __

Remarks: Equipment Finance - Lapsed UCC-1

As of the petition filing date, the claim is:    **$128,374.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equipment Finance - Lapsed UCC-1**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**

Nonpriority creditor's name and mailing address

**Parimal and Susan Upadhyay**

**8 Coventry Terrace**

**Columbus, NJ 08022**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

Remarks: Customer Claims

As of the petition filing date, the claim is:    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Claims**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address

**South Jersey Gas Company**

**P.O. Box 6091**

**Bellmawr, NJ 08099**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

Remarks: Utilities

As of the petition filing date, the claim is:    **$1,330.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address

**Twin City Fire Insurance Co. | Sentinel Insurance Company Ltd.**

**One Hartford Plaza**

**Hartford, CT 06155**

Date or dates debt was incurred    **2021-2023**

Last 4 digits of account number    __ __ __ __

Remarks: Worker's Comp Insurance

As of the petition filing date, the claim is:    **$55,969.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Worker's Comp Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Anderson Companies LLC**                                        Case number *(if known)*
_____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

**U.S. Small Business Administration (New Jersey District Office)**

**District Counsel**

**Two Gateway Center Suite 1002**

**Newark, NJ 07102**

Date or dates debt was incurred      **5/6/20**

Last 4 digits of account number      **7  2  0  3**

Remarks: SBA Loan - Lapsed UCC-1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **SBA Loan - Lapsed UCC-1**

Is the claim subject to offset?
☑ No
☐ Yes

$413,387.57

---

**3.14** Nonpriority creditor's name and mailing address

**United Rentals North America Inc.**

**Acct.4891
c/o Mark A. Kirkorsky, P.C.
Attn: Mark A. Kirkorsky, Esq.**

**1119 W. Southern Ave Suite 200**

**Mesa, AZ 85210**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental deficiency**

Is the claim subject to offset?
☑ No
☐ Yes

$5,122.31

---

**3.15** Nonpriority creditor's name and mailing address

**Universal Finance Corp.**

**123 Haven Street**

**Reading, MA 01867**

Date or dates debt was incurred      **6/14/21**

Last 4 digits of account number      __ __ __ __

Remarks: Equipment Loan - Lapsed UCC-1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equipment Loan - Lapsed UCC-1**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 5 of 8

Debtor   **Anderson Companies LLC**                                      Case number *(if known)* _____
_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Battelinis Garage Inc. d/b/a Bobcat of Vineland**<br><br>c/o Raymond J. Noonan, LLC<br>Attn: Raymond J. Noonan, Esq.<br><br>170 Worth Street<br><br>Brick, NJ 08724 | Line **3.2**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Bluevine**<br><br>c/o Commercial Collections of America LLC<br><br>1559 Spinnaker Drive Suite 205<br><br>Ventura, CA 93001 | Line **3.3**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Diesel Direct Mid-Atlantic LLC**<br><br>c/o Dalton & Finegold LLP<br><br>34 Essex Street<br><br>Andover, MA 01810 | Line **3.5**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Groff Tractor Mid Atlantic, LLC**<br><br>8404 Kelso Dr.<br><br>Essex, MD 21221 | Line **3.7**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Groff Tractor Mid Atlantic, LLC**<br><br>Kreiser & Associates, P.C.<br>Attn: Travis L. Kreiser, Esq.<br><br>1300 Lawrence Road<br><br>Havertown, PA 19083 | Line **3.7**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **North Mill Credit Trust**<br><br>c/o Fleischer, Fleischer & Suglia, P.C.<br>Attn: Brian M. Fleischer, Esq.<br>Four Greentree Centre<br><br>601 Route 73 North Suite 305<br><br>Marlton, NJ 08053-3470 | Line **3.9**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 **North Mill Credit Trust**<br><br>50 Washington Street 10th Floor<br><br>South Norwalk, CT 06854 | Line **3.9**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Anderson Companies LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 3:  Additional Page

| 4.8 | **Parimal and Susan Upadhyay** | Line **3.10** | |
| | **c/o Law Office of Bruce L. Sobel, LLC** | ☐ Not listed. Explain _____ | — — — — — |
| | **Attn: Bruce L. Sobel, Esq.** | | |
| | **Homestead Plaza** | _____ | |
| | **25 Homestead Drive Suite D** | | |
| | **Columbus, NJ 08022** | | |

| 4.9 | **Parimal and Susan Upadhyay** | Line **3.10** | |
| | **c/o Polino and Pinto PC** | ☐ Not listed. Explain _____ | |
| | **Attn: Joseph M. Pinto, Esq.** | | |
| | **720 East Main Street Suite 1C** | _____ | |
| | **Moorestown, NJ 08057** | | |

| 4.10 | **South Jersey Gas Company** | Line **3.11** | |
| | **c/o Welman, Weinberg & Reis, Co., LPA** | ☐ Not listed. Explain _____ | — — — — — |
| | **170 S. Independence Mall W. Suite 874W** | | |
| | **Philadelphia, PA 19106-2614** | _____ | |

| 4.11 | **Twin City Fire Insurance Co. | Sentinel Insurance Company Ltd.** | Line **3.12** | |
| | **c/o Weisberg Law** | ☐ Not listed. Explain _____ | — — — — — |
| | **Attn: Matthew B. Weisberg, Esq.** | | |
| | **7 South Morton Avenue** | _____ | |
| | **Morton, PA 19070** | | |

Debtor    **Anderson Companies LLC**                                    Case number *(if known)* _____
Name

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$845,180.53** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$845,180.53** |

Fill in this information to identify the case:

Debtor name    **Anderson Companies LLC**

United States Bankruptcy Court for the: District of    **New Jersey**
                                                        (State)

Case number (If known):    _____    Chapter    **11**

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.    List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract** | **Bethany Associates Inc.** |
| | State the term remaining | | **3001 S White Horse Pike** |
| | List the contract number of any government contract | | **Hammonton, NJ 08037** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract** | **Chick-fil-A - Vineland** |
| | State the term remaining | | **1211 W Landis Avenue** |
| | List the contract number of any government contract | | **Vineland, NJ 08360** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract** | **Chick-fil-A - Vineland** |
| | State the term remaining | | **3849 South Delsea Drive** |
| | List the contract number of any government contract | | **Vineland, NJ 08360** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract** | **Cumberland Mall Realty Holding LLC** |
| | State the term remaining | | **3849 South Delsea Drive** |
| | List the contract number of any government contract | | **Vineland, NJ 08360** |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Landscaping Contract** | **Daniel Silvestri** |
| | | | **45 Lane of Acres** |
| | State the term remaining | | **Haddonfield, NJ 08033** |
| | List the contract number of any government contract | | |

Debtor   **Anderson Companies LLC**                                          Case number (if known) _____

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.6** State what the contract or lease is for and the nature of the debtor's interest — **Residential Landscaping Contract**
State the term remaining
List the contract number of any government contract

**Jeffrey & Julia McFadden**
**323 Dundee Drive**
**Blue Bell, PA 19422**

**2.7** State what the contract or lease is for — **Snow Removal Contract**
State the term remaining
List the contract number of any government contract

**Jewish Federation of Southern New Jersey**
**1721 Springdale Rd**
**Cherry Hill, NJ 08003**

**2.8** State what the contract or lease is for — **Residential Landscaping Contract**
State the term remaining
List the contract number of any government contract

**Joe Pasquarella**
**460 Dreshertown Rd**
**Fort Washington, PA 19034**

**2.9** State what the contract or lease is for — **Snow Removal Contract**
State the term remaining
List the contract number of any government contract

**Katz JCC**
**1301 Springdale Rd**
**Cherry Hill, NJ 08003**

**2.10** State what the contract or lease is for — **Snow Removal Contract**
State the term remaining
List the contract number of any government contract

**Mill Property Services**
**75 S White Horse Pike**
**Hammonton, NJ 08037**

**2.11** State what the contract or lease is for — **Snow Removal Contract**
State the term remaining
List the contract number of any government contract

**Moorestown Equities**
**200 Marter Avenue**
**Moorestown, NJ 08057**

Debtor    **Anderson Companies LLC**                                    Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest — **Residential Landscaping Contract** | **Phil & Patti Biaesch** <br> **160 Lafayette St** <br> **Doylestown, PA 18901** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest — **Snow Removal Contract** | **Rio Grande Equities** <br> **1708 Route 47** <br> **Rio Grande, NJ 08242** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest — **Residential Landscaping Contract** | **Ron Johnson** <br> **536 Gravelly Run Road** <br> **Mays Landing, NJ 08330** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest — **Snow Removal Contract** | **SDI, LLC** <br> **14000 Horizon Way Suite 100** <br> **Mount Laurel, NJ 08054** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest — **Residential Landscaping Contract** | **Sean Wheeler** <br> **38 Renaissance Drive** <br> **Mays Landing, NJ 08330** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest — **Snow Removal Contract** | **Stockton University – Kramer Hall** <br> **30 Front Street** <br> **Hammonton, NJ 08037** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   __Anderson Companies LLC__   Case number (if known) _____
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    page __4__ of __4__

Fill in this information to identify the case:

Debtor name **Anderson Companies LLC**

United States Bankruptcy Court for the: District of **New Jersey**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** **Anderson, Shawn and Eunice** | **6069 English Creek Avenue** <br> Street <br><br> **Egg Harbor Township, NJ 08234** <br> City    State    ZIP Code | **Newtek Small Business Finance, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **North Mill Equipment Finance, LLC and North Mill Credit Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **New Jersey Division of Employer Accounts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Superior Pool Products, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Commercial Credit Group, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Anderson Companies LLC** | Case number (if known) | |
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Eunice Anderson** | **6069 English Creek Avenue**<br>Street<br><br>**Egg Harbor Township, NJ 08234**<br>City   State   ZIP Code | **Komatsu America Corp.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | **Jersey Premier Construction Services, LLC** | **3015 S. White Horse Pike**<br>Street<br><br>**Hammonton, NJ 08037**<br>City   State   ZIP Code | **Groff Tractor Mid Atlantic, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Maureen Kern** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Universal Finance Corp.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | **Shawn and Eunice Anderson** | **6069 English Creek Avenue**<br>Street<br><br>**Egg Harbor Township, NJ 08234**<br>City   State   ZIP Code | **Newtek Small Business Finance, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **North Mill Equipment Finance, LLC and North Mill Credit Trust** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **New Jersey Division of Employer Accounts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Superior Pool Products, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Commercial Credit Group, Inc.** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Anderson Companies LLC**
_____    Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | **Shawn Anderson** | **6069 English Creek Avenue** <br> Street <br><br> **Egg Harbor Township, NJ 08234** <br> City          State          ZIP Code | **Maureen Kern** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                                    **Schedule H: Codebtors**

| Fill in this information to identify the case: |
|---|
| Debtor name          **Anderson Companies LLC** |
| United States Bankruptcy Court for the: |
|          **District of New Jersey** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*......................................................................................   $655,000.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...................................................................................   $250,446.85

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*....................................................................................   $905,446.85

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   $1,718,340.24

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................   + $845,180.53

4. **Total liabilities**.................................................................................................................................................   $2,563,520.77

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name    **Anderson Companies LLC**

United States Bankruptcy Court for the:

     **District of New Jersey**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2026** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$113,278.00** |
| **For prior year:**   From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$732,606.00** |
| **For the year before that:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,722,510.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2026** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor  **Anderson Companies LLC**
Name

Case number *(if known)* _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Main Street America**<br>Creditor's name<br><br>**PO Box 5316**<br>Street<br><br><br>**Binghatam, NY 13902**<br>City          State     ZIP Code | **January and February 2026** | **$16,000.00** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Insurance policy for vehicles** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | _____ | _____<br><br>_____<br><br>_____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor **Anderson Companies LLC**
_____   Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 5.1. | **Commercial Credit Group, Inc.** | **Mack Dump Truck** | **April, 2025** | **$150,000.00** |
| | Creditor's name | | | |
| | **525 North Tryon Street Suite 1000** | | | |
| | Street | | | |
| | **Charlotte, NC 28202** | | | |
| | City              State      ZIP Code | | | |
| 5.2. | **Commercial Credit Group, Inc.** | **Mack Cement Truck** | **June, 2025** | **$300,000.00** |
| | Creditor's name | | | |
| | **525 North Tryon Street Suite 1000** | | | |
| | Street | | | |
| | **Charlotte, NC 28202** | | | |
| | City              State      ZIP Code | | | |
| 5.3. | **Commercial Credit Group, Inc.** | **Kabota walk behind** | **September 2025** | **$35,000.00** |
| | Creditor's name | | | |
| | **525 North Tryon Street Suite 1000** | | | |
| | Street | | | |
| | **Charlotte, NC 28202** | | | |
| | City              State      ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City              State      ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Aspire, LLC v. Anderson Companies, LLC** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | **1201 Bacharach Blvd** | ☑ Concluded |
| | **ATL-L-449-24** | | Street | |
| | | | **Atlantic City, NJ 08401** | |
| | | | City              State      ZIP Code | |

Debtor    Anderson Companies LLC
          Name                                                                    Case number *(if known)*

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Superior Pool Products LLC v. Anderson Companies LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** Name **1201 Bacharach Blvd** Street | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | | |
| | **ATL-L-1201-24** | | **Atlantic City, NJ 08401** City                State    ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **North Mill Equipment Finance, LLC v. Anderson Companies LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** Name **1201 Bacharach Blvd** Street | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | | |
| | **ATL-L-318-25** | | **Atlantic City, NJ 08401** City                State    ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Komatsu America Corp. v. Anderson Companies LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** Name **1201 Bacharach Blvd** Street | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | | |
| | **ATL-L-1581-24** | | **Atlantic City, NJ 08401** City                State    ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Twin City Fire Insurance Co. and Sentinel Insurance Company Ltd. v. Anderson Companies, LLC** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** Name **1201 Bacharach Blvd** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | **ATL-L-785-25** | | **Atlantic City, NJ 08401** City                State    ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Commercial Credit Group Inc. v. Anderson Companies, LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Law Division, Atlantic County** Name **1201 Bacharach Blvd** Street | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | | |
| | **ATL-L-183-25** | | **Atlantic City, NJ 08401** City                State    ZIP Code | |

Debtor    Anderson Companies LLC
Name _____    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 7.7. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| 7.7. | | | | |
|---|---|---|---|---|
| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Newtek Small Business Finance, LLC v. Anderson Companies, LLC, et al.** | **Foreclosure Action** | **New Jersey Superior Court, Chancery Division, Atlantic County** <br> Name <br><br> **1201 Bacharach Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **SWC-F-1800-24** | | **Atlantic City, NJ 08401** <br> City            State    ZIP Code | |
| 7.8. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Groff Tractor Mid-Atlantic, LLC v. Anderson Companies, LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Chancery Division, Atlantic County** <br> Name <br><br> **1201 Bacharach Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **ATL-L-3546-20** | | **Atlantic City, NJ 08401** <br> City            State    ZIP Code | |
| 7.9. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Kern v. Anderson Companies, LLC, et al.** | **Collection Action** | **New Jersey Superior Court, Chancery Division, Atlantic County** <br> Name <br><br> **1201 Bacharach Blvd** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **ATL-L-377-25** | | **Atlantic City, NJ 08401** <br> City            State    ZIP Code | |
| 7.10. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Upadhyay v. Anderson Companies LLC, et al.** | **Customer claims** | **New Jersey Superior Court, Law Division, Special Civil Part, Burlington County** <br> Name <br><br> **49 Rancocas Road** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **BUR-DC-001730-25** | | **Mount Holly, NJ 08060** <br> City            State    ZIP Code | |
| 7.11. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Battelinis Garage Inc. d/b/a Bobcat of Vineland v. Anderson Companies LLC** | **Collection Action** | **Superior Court of New Jersey Law Division, Atlantic County** <br> Name <br><br> **1201 Bacharach Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **ATL-DC-010855-25** | | **Atlantic City, NJ 08401** <br> City            State    ZIP Code | |

Debtor  Anderson Companies LLC
Case 26-12028   Doc 1   Filed 02/26/26   Entered 02/26/26 09:54:26   Desc Main
Document   Page 48 of 103
Case number *(if known)* _____

Name

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Diesel Direct LLC v. Anderson Companies LLC** | **Collection Action** | **Commonwealth of Massachusetts, Stoughton District Court** <br> Name <br><br> **1288 Central Street** <br> Street <br><br><br> **Stoughton, MA 02072** <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2555CV000979** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br><br> City        State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br><br> City        State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br><br> City        State    ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   **Anderson Companies LLC**                                    Case number *(if known)* _____
         Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Kasen Law Group, P.C.** | **Attorney's Fees and Filing Fee - subject to all terms of retainer agreement, $25,000 drawn down for pre-petition services** | 2/25/2026 | $26,738.00 |
| **Address** | | | |
| **1236 Brace Road Suite B**<br>Street | | | |
| | | | |
| **Cherry Hill, NJ 08034**<br>City            State     ZIP Code | | | |
| **Email or website address** | | | |
| **jkasen@kasenlawgroup.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

Debtor    **Anderson Companies LLC**        Case number *(if known)* _____
     Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **State of New Jersey, Department of the Treasury, Division of Taxation** | **levy of accounts receivable from Cumberland Mall Realty Holding LLC** | **January, 2026** | **$15,609.02** |
| | **Address** | | | |
| | **157 W. White Horse Pike** <br> Street | | | |
| | | | | |
| | **Galloway, NJ 08205** <br> City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Creditor / Government agency** | | | |

---

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street | From _____ To _____ |
| | _____ <br> City      State    ZIP Code | |

---

**Part 8: Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    Case 26-12028    Doc 1    Filed 02/26/26    Entered 02/26/26 09:54:26    Desc Main
Anderson Companies LLC    Document    Page 51 of 103    Case number *(if known)*

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City      State    ZIP Code

*Check all that apply:*

❏ Electronically

❏ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❏ No

❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

     ❏ No. Go to Part 10.

     ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

❏ No

❏ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **TD Bank**<br>Name<br>**97 S White Horse Pike**<br>Street<br><br>**Hammonton, NJ 08037**<br>City   State   ZIP Code | XXXX– **2 2 9 4** | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | **January 2026** | **$0.00** |

Debtor   **Anderson Companies LLC**                                    Case number *(if known)* _____
    Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Composite Pools USA** <br> Name | **3015 South White Horse Pike** | 2 Fiberglass Pool Shells | **$29,000.00** |
| **870 Harding Highway Unit B** <br> Street | **Mullica, NJ 08037** | | |
| **Newfield          NJ     08344** <br> City          State     ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jersey Premier Construction Services, LLC** <br> Name | **3015 South White Horse Pike** | Hand tools - $2,500 Shovels - | **$74,950.00** |
| **3015 S. White Horse Pike** <br> Street | **Mullica, NJ 08037** | $200 Rakes - $100 Drills - $2,500 Jack Hammer - $2,200 2 Trucks - $60,000 Pipes and fittings - $1,500 4 Pool pumps - $4,000 2 Filter tanks - $900 Wall foam - $300 Cantilever deck form - $750 | |
| **Hammonton          NJ     08037** <br> City          State     ZIP Code | | | |

Debtor   **Anderson Companies LLC**                                    Case number *(if known)* _____

Name

---

| **Part 12:** | Details About Environmental Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| **Anderson Companies LLC** | **Department of Environmental Protection** | N.J.S.A. 13:1E-1 et seq. | **March 18, 2024** |
| Name | Name | | |
| **3015 South White Horse Pike** | **P.O. Box 420, Mail Code 401-06Q, 401 East State Street** | | |
| Street | Street | | |
| **Mullica     NJ     08037** | | | |
| City          State    ZIP Code | **Trenton          NJ     08625** | | |
| | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor   **Anderson Companies LLC**
Name

Case number *(if known)*

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Eunice Anderson**<br>Name<br><br>**6069 English Creek Avenue**<br>Street<br><br>**Egg Harbor Township, NJ 08234**<br>City        State    ZIP Code | From **2017**   To **Present** |
| 26a.2.  **Anthony M. Ardito, CPA**<br>Name<br><br>**329 Winding Way**<br>Street<br><br>**Hammonton, NJ 08037**<br>City        State    ZIP Code | From **2017**   To **Present** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | From _____   To _____ |

---

Debtor   **Anderson Companies LLC**
Name                                                      Case number *(if known)*

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Eunice Anderson**<br>Name<br><br>**6069 English Creek Avenue**<br>Street<br><br>**Egg Harbor Township, NJ 08234**<br>City                 State            ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Anthony M. Ardito, CPA**<br>Name<br><br>**329 Winding Way**<br>Street<br><br>**Hammonton, NJ 08037**<br>City                 State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                 State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                 State            ZIP Code |

Debtor    **Anderson Companies LLC**                                    Case number *(if known)*

Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Shawn Anderson** | **6069 English Creek Avenue Egg Harbor Township, NJ 08234** | **CEO,** | **0.00%** |
| **Eunice Anderson** | **6069 English Creek Avenue Egg Harbor Township, NJ 08234** | **Member,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. <br> Name <br><br> Street <br><br> City          State     ZIP Code | | | |

| Relationship to debtor |
|------------------------|
| |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Debtor    **Anderson Companies LLC**

Name

Case 26-12028    Doc 1    Filed 02/26/26    Entered 02/26/26 09:54:26    Desc Main
Document    Page 57 of 103    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/25/2026**
MM/ DD/ YYYY

**X /s/ Shawn Anderson** _____    Printed name _____    **Shawn Anderson** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of New Jersey

**In re**    Anderson Companies LLC

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................................................    **$26,738.00**

Prior to the filing of this statement I have received .............................................................................    **$26,738.00**

Balance Due .........................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Kasen Law Group, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in its retainer agreement with the Debtor, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request. Pursuant to the retainer agreement, the applicable hourly rates by which all legal services are to be billed are as follows: Jenny R. Kasen $500.00/hour. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement. Kasen Law Group, P.C. retains its rights to amend the herein disclosure at any time. Kasen Law Group, P.C. understands that it must receive the Court's approval of any post-petition fees and/or expenses charged to the debtor(s) and to be paid pursuant to D.N.J. LBR 2016-1. As of the petition date, Kasen Law Group, P.C. has received a retainer of $25,000 plus the $1738 filing fee, $25,000 of which was drawn down pre-petition for pre-petition fees and expenses incurred in connection with the preparation of this bankruptcy filing.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

Kasen Law Group, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in its retainer agreement with the Debtor, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request. Pursuant to the retainer agreement, the applicable hourly rates by which all legal services are to be billed are as follows: Jenny R. Kasen $500.00/hour. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement. Kasen Law Group, P.C. retains its rights to amend the herein disclosure at any time. Kasen Law Group, P.C. understands that it must receive the Court's approval of any post-petition fees and/or expenses charged to the debtor(s) and to be paid pursuant to D.N.J. LBR 2016-1. As of the petition date, Kasen Law Group, P.C. has received a retainer of $25,000 plus the $1738 filing fee, $25,000 of which was drawn down pre-petition for pre-petition fees and expenses incurred in connection with the preparation of this bankruptcy filing.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/25/2026** | **/s/ Jenny Kasen** |
|---|---|
| *Date* | Jenny Kasen |
| | *Signature of Attorney* |
| | Bar Number: 02771 |
| | Kasen Law Group, P.C. |
| | 1236 Brace Road Suite B |
| | Cherry Hill, NJ 08034 |
| | Phone: (302) 652-3300 |
| | **Kasen Law Group, P.C.** |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

IN RE: **Anderson Companies LLC**                                        CASE NO

                                                                        CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **02/25/2026**        Signature _____**/s/ Shawn Anderson**_____

                                                        Shawn Anderson, CEO

ADP
1 ADP Blvd
Roseland, NJ 07068

Shawn and Eunice Anderson
6069 English Creek Avenue
Egg Harbor Township, NJ 08234

Aspire, LLC
PO Box BOX 1178
Edison, NJ 08820

Aspire, LLC
c/o Law offices of Joseph A. Molinaro LLC
Attn: Joseph A. Molinaro, Esq.
648 Wyckoff Avenue
Wyckoff, NJ 07481

Battelinis Garage Inc. d/b/a
Bobcat of Vineland
1801 East Sherman Avenue
Vineland, NJ 08360

Battelinis Garage Inc. d/b/a
Bobcat of Vineland
c/o Raymond J. Noonan, LLC
Attn: Raymond J. Noonan, Esq.
170 Worth Street
Brick, NJ 08724

Bethany Associates Inc.
3001 S White Horse Pike
Hammonton, NJ 08037

Bluevine
c/o Eyal Lifshitz, CEO
30 Montgomery St. Suite 1400
Jersey City, NJ 07302

Bluevine
c/o Commercial Collections of America
LLC
1559 Spinnaker Drive Suite 205
Ventura, CA 93001

Chick-fil-A - Vineland
1211 W Landis Avenue
Vineland, NJ 08360

Chick-fil-A - Vineland
3849 South Delsea Drive
Vineland, NJ 08360

Commercial Credit Group, Inc.
525 North Tryon Street Suite 1000
Charlotte, NC 28202

Commercial Credit Group, Inc.
400 Essjay Road Suite 340
Williamsville, NY 14221

Commercial Credit Group, Inc.
c/o Romano, Garubo & Argentieri
Attn: Michael F.J. Romano, Esq.
52 Newton Avenue P.O. Box 456
Woodbury, NJ 08096

Cooper Levenson, P.A.
Attn: Erika-Leigh Kelley, Esq.
1125 Atlantic Avenue
Atlantic City, NJ 08401

Cumberland Mall Realty
Holding LLC
3849 South Delsea Drive
Vineland, NJ 08360

Daniel Silvestri
45 Lane of Acres
Haddonfield, NJ 08033


Diesel Direct Mid-Atlantic LLC
74 Maple Street
Stoughton, MA 02072


Diesel Direct Mid-Atlantic LLC
c/o Dalton & Finegold LLP
34 Essex Street
Andover, MA 01810


ERC Specialists, LLC
c/o Strong & Hanni Law Firm
Attn: Benjamin P. Thomas, Esq.
102 South 200 East Suite 800
Salt Lake City, UT 84111

Eunice Anderson
6069 English Creek Avenue
Egg Harbor Township, NJ 08234


Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98001


Groff Tractor Mid Atlantic, LLC
551 N. Harding Highway
Vineland, NJ 08360


Groff Tractor Mid Atlantic, LLC
8404 Kelso Dr.
Essex, MD 21221

Groff Tractor Mid Atlantic, LLC
Kreiser & Associates, P.C.
Attn: Travis L. Kreiser, Esq.
1300 Lawrence Road
Havertown, PA 19083

Jeffrey & Julia McFadden
323 Dundee Drive
Blue Bell, PA 19422

Jeffrey & Julia McFadden
286 22nd Street
Avalon, NJ 08202

Jersey Premier Construction
Services, LLC
3015 S. White Horse Pike
Hammonton, NJ 08037

Jewish Federation of
Southern New Jersey
1721 Springdale Rd
Cherry Hill, NJ 08003

Joe Pasquarella
460 Dreshertown Rd
Fort Washington, PA 19034

Joe Pasquarella
4328 Dune Dr
Avalon, NJ 08202

Katz JCC
1301 Springdale Rd
Cherry Hill, NJ 08003

Komatsu America Corp.
2240 Bethlehem Pike
Hatfield, PA 19440


Komatsu America Corp.
c/o Fein, Such, Kahn & Shepard, P.C.
Attn: David J. Levine, Esq.
6 Campus Drive Suite 304
Parsippany, NJ 07054

Maureen Kern
123 Exton Road
Somers Point, NJ 08244


Maureen Kern
c/o The Deweese Law Firm, P.C.
Attn: John P. Amenhauser, Esq.
3200 Pacific Avenue
Wildwood, NJ 08260

Mill Property Services
75 S White Horse Pike
Hammonton, NJ 08037


Moorestown Equities
200 Marter Avenue
Moorestown, NJ 08057


New Jersey Department of
Environmental Protection
Office of Record Access
ATTN: NJDEP Bankruptcy Coordinator
401 East State St 6th Floor West
Trenton, NJ 08625-0420

New Jersey Division of
Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379

New Jersey Division of
Taxation Compliance and
Enforcement - Bankruptcy
Unit
3 John Fitch Way 5th Floor, P.O. Box 245
Trenton, NJ 08695-0245

Newtek Small Business
Finance, LLC
1981 Marcus Avenue 130
Lake Success, NY 11042

Newtek Small Business
Finance, LLC
c/o Law Offices of Tae H. Whang, LLC
Attn: Tae H. Whang, Esq.
185 Bridge Plaza North Suite 201
Fort Lee, NJ 07024

North Mill Credit Trust
c/o Fleischer, Fleischer & Suglia, P.C.
Attn: Brian M. Fleishcer, Esq.
Four Greentree Centre
601 Route 73 North Suite 305
Marlton, NJ 08053-3470

North Mill Credit Trust
50 Washington Street 10th Floor
South Norwalk, CT 06854

North Mill Equipment Finance,
LLC and North Mill Credit
Trust
601 Meritt 7 Suite 5
South Norwalk, CT 06857

Parimal and Susan Upadhyay
8 Coventry Terrace
Columbus, NJ 08022

Parimal and Susan Upadhyay
c/o Law Office of Bruce L. Sobel, LLC
Attn: Bruce L. Sobel, Esq.
Homestead Plaza
25 Homestead Drive Suite D
Columbus, NJ 08022

Parimal and Susan Upadhyay
c/o Polino and Pinto PC
Attn: Joseph M. Pinto, Esq.
720 East Main Street Suite 1C
Moorestown, NJ 08057

Phil & Patti Biaesch
160 Lafayette St
Doylestown, PA 18901

Rio Grande Equities
1708 Route 47
Rio Grande, NJ 08242

Ron Johnson
536 Gravelly Run Road
Mays Landing, NJ 08330

SDI, LLC
14000 Horizon Way Suite 100
Mount Laurel, NJ 08054

Sean Wheeler
38 Renaissance Drive
Mays Landing, NJ 08330

Shawn and Eunice Anderson
6069 English Creek Avenue
Egg Harbor Township, NJ 08234

Shawn Anderson
6069 English Creek Avenue
Egg Harbor Township, NJ 08234

South Jersey Gas Company
P.O. Box 6091
Bellmawr, NJ 08099

South Jersey Gas Company
c/o Welman, Weinberg & Reis, Co., LPA
170 S. Independence Mall W. Suite 874W
Philadelphia, PA 19106-2614

Stockton University — Kramer Hall
30 Front Street
Hammonton, NJ 08037

Superior Pool Products, LLC
406 A 200 Freeway Dr Unit 200
Blackwood, NJ 08012

Superior Pool Products, LLC
c/o Sklar Law, LLC
Attn: Andrew Sklar, Esq.
20 Brace Road Suite 205
Cherry Hill, NJ 08034

Township of Mullica Tax Collector
Township of Mullica Tax Office
PO Box 317
Elwood, NJ 08217

Twin City Fire Insurance Co. | Sentinel Insurance Company Ltd.
One Hartford Plaza
Hartford, CT 06155

Twin City Fire Insurance Co. | Sentinel Insurance Company Ltd.
c/o Weisberg Law
Attn: Matthew B. Weisberg, Esq.
7 South Morton Avenue
Morton, PA 19070

U.S. Small Business
Administration (New Jersey
District Office)
District Counsel
Two Gateway Center 1002
Newark, NJ 07102

U.S. Small Business
Administration (New Jersey
District Office)
District Counsel
Two Gateway Center Suite 1002
Newark, NJ 07102

United Rentals North America
Inc.
Acct.4891
c/o Mark A. Kirkorsky, P.C.
Attn: Mark A. Kirkorsky, Esq.
1119 W. Southern Ave Suite 200
Mesa, AZ 85210

Universal Finance Corp.
123 Haven Street
Reading, MA 01867

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name          **Anderson Companies LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____
</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/25/2026** _____
                   MM/  DD/  YYYY

**X** **/s/ Shawn Anderson** _____
Signature of individual signing on behalf of debtor

**Shawn Anderson** _____
Printed name

**CEO** _____
Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## United States Bankruptcy Court
### District of New Jersey

In re   **Anderson Companies LLC** _____   Case No. _____

_____ Debtor(s)   Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Anderson Companies LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**02/25/2026**_____        _____**/s/ Jenny Kasen**_____

Date

**Jenny Kasen**
Signature of Attorney or Litigant
Counsel for _____**Anderson Companies LLC**_____
**Bar Number: 5849**
**Kasen Law Group, P.C.**
**1236 Brace Road Suite B**
**Cherry Hill, NJ 08034**
**Phone: (302) 652-3300**
**Email: jkasen@kasenlawgroup.com**

1

Kasen Law Group, P.C.
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
1236 Brace Road, Suite B
Cherry Hill, NJ  08034
Telephone (302)652-330
E-Mail: jkasen@kasenlawgroup.com
*Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Anderson Companies LLC d/b/a Jersey Premier Landscape Management, | Case No. |
| Debtor(s). | |

**DECLARATION OF SHAWN ANDERSON REGARDING**
**DEBTOR'S BALANCE SHEET, STATEMENT OF OPERATIONS,**
**CASH FLOW STATEMENT AND TAX RETURN**

Shawn Anderson, of full age, hereby certifies, under penalty of perjury, as follows:

1.      I am the CEO of the above-captioned debtor, Anderson Companies LLC d/b/a Jersey Premier Landscape Management (the "**Debtor**").

2.      I make this declaration in support of the Debtor's chapter 11, subchapter V, bankruptcy filing.

3.      The Debtor is an LLC.

4.      As an LLC, the Debtor reports to the IRS as part of my personal tax returns.

5.      The Debtor's and my most recently filed federal tax return was for tax year 2024, a copy of which is attached hereto marked as **Exhibit A**.

6.      Additionally, the Debtor does not have any balance sheet, statement of operations or cash flow statement prepared.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing statements made by me are true and correct.  I am aware that if any of said statements are willfully false, I am subject to the penalties of perjury.

Dated:  February 24, 2026          Anderson Companies LLC
                                                       d/b/a Jersey Premier Landscape Management

                                                       */s/ Shawn Anderson*_____
                                                       By: Shawn Anderson, CEO

# **EXHIBIT A**

**Form 1040** Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2024** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ____ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Shawn R | Anderson | 6432 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| Eunice | Anderson | 5145 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
6069 English Creek Avenue

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
Egg Harbor Twp. | NJ | 08234

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☒ Were born before January 2, 1960 ☐ Are blind Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) . . . 1i | | |
| z | Add lines 1a through 1h | 1z | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 0. |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | 8,246. |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |

Attach Sch. B if required.

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | −744,954. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | −736,708. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 2,598. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | −739,306. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 30,750. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0. |
| 14 | Add lines 12 and 13 | 14 | 30,750. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2024)

Form 1040 (2024)

Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 5,195. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 5,195. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | |
| | b | Form(s) 1099 | 25b | 1,649. |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 1,649. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) ....No | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | 6,259. |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 6,259. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 7,908. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 2,713. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 2,713. |
| Direct deposit? See instructions. | b | Routing number  c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number ▮▮▮▮▮▮ 6 9 5 2 | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions .... ☒ **Yes.** Complete below. ☐ **No**

| Designee's name Anthony Ardito | Phone no. (609) 567-5491 | Personal identification number (PIN) | 3 2 9 4 0 |
|---|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation ADMIN | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) 5 1 3 6 3 7 |
|---|---|---|---|

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation ADMIN | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

| Phone no. | Email address e.anderson@jerseypremier.com | | |
|---|---|---|---|

**Paid Preparer Use Only**

| Preparer's name Anthony Ardito | Preparer's signature Anthony Ardito | Date 10/10/2025 | PTIN P00364306 | Check if: ☒ Self-employed |
|---|---|---|---|---|
| Firm's name Anthony M. Ardito  CPA | | | Phone no. (609) 567-5491 | |
| Firm's address 329 Winding Way Hammonton NJ 08037 | | | Firm's EIN 46-1940173 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

BAA   REV 09/04/25 PRO

Form **1040** (2024)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|

**Profit or Loss From Business**
(Sole Proprietorship)

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

20**24**
Attachment
Sequence No. **09**

Name of proprietor: Eunice Anderson

Social security number (SSN): 5145

**A** Principal business or profession, including product or service (see instructions)
Landscaping

**B** Enter code from instructions
2 3 5 9 0 0

**C** Business name. If no separate business name, leave blank.
Anderson Companies LLC  ta Jersey Premier Landscape

**D** Employer ID number (EIN) (see instr.)
8 2 2 5 2 6 3 0 8

**E** Business address (including suite or room no.) 6069 English Creek Avenue
City, town or post office, state, and ZIP code Egg Harbor Twp., NJ 08234

**F** Accounting method: **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses  [X] Yes  [ ] No

**H** If you started or acquired this business during 2024, check here  [ ]

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions  [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Form(s) 1099?  [ ] Yes  [ ] No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   [ ] | 1 | 1,722,510. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,722,510. |
| 4 | Cost of goods sold (from line 42) | 4 | 1,005,602. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 716,908. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 716,908. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 0. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 22,242. |
| 12 | Depletion | 12 | | b | Other business property | 20b | 27,000. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 256,463. | 21 | Repairs and maintenance | 21 | 0. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 0. |
| | | | | 23 | Taxes and licenses | 23 | 0. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | 93,596. | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 0. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 229,573. |
| b | Other | 16b | 0. | 27a | Other expenses (from line 48) | 27a | 88,095. |
| 17 | Legal and professional services | 17 | 2,300. | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | | | | | 28 | 719,269. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -2,361. |

30   Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.

Simplified method filers only: Enter the total square footage of (a) your home: _____

and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30   | 30 | |

31   Net profit or (loss). Subtract line 30 from line 29.

- If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**
- If a loss, you **must** go to line 32.

| 31 | -2,361. |

32   If you have a loss, check the box that describes your investment in this activity. See instructions.

- If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
- If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** [X] All investment is at risk.
**32b** [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 09/04/25 PRO   Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024

Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory: **a** ☐ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | **37** | 0. |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . | **38** | 998,328. |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . | **39** | 7,274. |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . | **40** | 1,005,602. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | **42** | 1,005,602. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year) -----------------------------------

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business ----------------- **b** Commuting (see instructions) ----------------- **c** Other -----------------

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . ☐ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☐ Yes   ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . ☐ Yes   ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. | |
|---|---|---|

| | |
|---|---|
| ask acct / misc | 12,000. |
| bad debts | 18,941. |
| bank charges and fees | 16,714. |
| equipment rental | 21,990. |
| job supplies | 500. |
| permits | 372. |
| office expense | 2,730. |
| payroll taxes | 5,289. |
| See Line 48 Other Expenses | 9,559. |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . **48** | 88,095. |

Schedule C (Form 1040) 2024

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
*(Sole Proprietorship)*

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| Shawn R Anderson | ████ 6432 |

**A** Principal business or profession, including product or service (see instructions)
Concrete Pools and Construction

**B** Enter code from instructions
2 3 8 9 9 0

**C** Business name. If no separate business name, leave blank.
Jersey Premier Construction Services

**D** Employer ID number (EIN) (see instr.)
8 4 3 5 1 1 5 7 2

**E** Business address (including suite or room no.) 6069 English Creek Ave
City, town or post office, state, and ZIP code Egg Harbor Twp, NJ 08234

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses ☒ Yes ☐ No

**H** If you started or acquired this business during 2024, check here ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

### Part I  Income

| | | |
|---|---|--:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐   **1** | 1,672,298. |
| 2 | Returns and allowances   **2** | |
| 3 | Subtract line 2 from line 1   **3** | 1,672,298. |
| 4 | Cost of goods sold (from line 42)   **4** | 591,749. |
| 5 | **Gross profit.** Subtract line 4 from line 3   **5** | 1,080,549. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)   **6** | |
| 7 | **Gross income.** Add lines 5 and 6   **7** | 1,080,549. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|--:|---|---|--:|
| 8 | Advertising   **8** | 11,566. | 18 | Office expense (see instructions)   **18** | 3,210. |
| 9 | Car and truck expenses (see instructions)   **9** | | 19 | Pension and profit-sharing plans   **19** | |
| 10 | Commissions and fees   **10** | 14,000. | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions)   **11** | | a | Vehicles, machinery, and equipment   **20a** | 152,944. |
| 12 | Depletion   **12** | | b | Other business property   **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)   **13** | | 21 | Repairs and maintenance   **21** | 10,401. |
| | | | 22 | Supplies (not included in Part III)   **22** | |
| | | | 23 | Taxes and licenses   **23** | 65,855. |
| 14 | Employee benefit programs (other than on line 19)   **14** | | 24 | Travel and meals: | |
| | | | a | Travel   **24a** | 680. |
| 15 | Insurance (other than health)   **15** | 22,604. | b | Deductible meals (see instructions)   **24b** | |
| 16 | Interest (see instructions): | | 25 | Utilities   **25** | 10,402. |
| a | Mortgage (paid to banks, etc.)   **16a** | | 26 | Wages (less employment credits)   **26** | 569,061. |
| b | Other   **16b** | | 27a | Other expenses (from line 48)   **27a** | 173,386. |
| 17 | Legal and professional services   **17** | 9,675. | b | Energy efficient commercial bldgs deduction (attach Form 7205)   **27b** | |

| | | |
|---|---|--:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b   **28** | 1,043,784. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7   **29** | 36,765. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30   **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If a loss, you **must** go to line 32.   **31** | 36,765. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.   **BAA**   REV 09/04/25 PRO   Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024

Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to
value closing inventory: **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | **37** | 143,191. |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . | **38** | 447,581. |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . | **39** | 977. |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** | 591,749. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . | **42** | 591,749. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year) -------------------------------

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business ------------------- **b** Commuting (see instructions) ------------------- **c** Other -------------------

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☐ Yes  ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. |
|---|---|

| | |
|---|---|
| Uncategorized expense | 1,442. |
| Uniforms | 1,951. |
| License/permits | 9,749. |
| Wire transfer fee | 144. |
| Accounting fees | 2,632. |
| Quickbooks acct | 986. |
| Home office expenses | 282. |
| Supplies and materials | 71,973. |
| See Line 48 Other Expenses | 84,227. |
| **48** **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . **48** | 173,386. |

Schedule C (Form 1040) 2024

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

20**24**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Shawn R & Eunice Anderson

**Your social security number**

6432

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal
items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the
nature of the transaction. See *www.irs.gov/1099k*.

| | Part I | Additional Income | | |
|---|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . | **2a** | | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . | **3** | | 34,404. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | **4** | | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | **5** | | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | **6** | | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Other income: | | | |
| a | Net operating loss . . . . . . . . . . . . . | **8a** | ( 779,358. ) | |
| b | Gambling . . . . . . . . . . . . . . . | **8b** | | |
| c | Cancellation of debt . . . . . . . . . . . . | **8c** | | |
| d | Foreign earned income exclusion from Form 2555 . . . | **8d** | ( ) | |
| e | Income from Form 8853 . . . . . . . . . . . | **8e** | | |
| f | Income from Form 8889 . . . . . . . . . . . | **8f** | | |
| g | Alaska Permanent Fund dividends . . . . . . . . | **8g** | | |
| h | Jury duty pay . . . . . . . . . . . . . . | **8h** | | |
| i | Prizes and awards . . . . . . . . . . . . . | **8i** | | |
| j | Activity not engaged in for profit income . . . . . . | **8j** | | |
| k | Stock options . . . . . . . . . . . . . . | **8k** | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . | **8l** | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | **8m** | | |
| n | Section 951(a) inclusion (see instructions) . . . . . | **8n** | | |
| o | Section 951A(a) inclusion (see instructions) . . . . . | **8o** | | |
| p | Section 461(l) excess business loss adjustment . . . . | **8p** | | |
| q | Taxable distributions from an ABLE account (see instructions) . | **8q** | | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . | **8r** | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . | **8s** | ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . | **8t** | | |
| u | Wages earned while incarcerated . . . . . . . . | **8u** | | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions . . . . . . . . . . . . . . | **8v** | | |
| z | Other income. List type and amount: _____ | **8z** | | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . | **9** | | −779,358. |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . . | **10** | | −744,954. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2024

Schedule 1 (Form 1040) 2024                                                                                     Page **2**

## Part II    Adjustments to Income

| | | | |
|---|---|---|---:|
| 11 | Educator expenses | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | **15** | 2,598. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | **16** | |
| 17 | Self-employed health insurance deduction | **17** | |
| 18 | Penalty on early withdrawal of savings | **18** | |
| 19a | Alimony paid | **19a** | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | **20** | |
| 21 | Student loan interest deduction | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | Archer MSA deduction | **23** | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) | **24a** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | **24c** | |
| d | Reforestation amortization and expenses | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | **24i** | |
| j | Housing deduction from Form 2555 | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | **24k** | |
| z | Other adjustments. List type and amount: | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | **26** | 2,598. |

BAA    REV 09/04/25 PRO                                    Schedule 1 (Form 1040) 2024

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Additional Taxes**

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

20**24**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Shawn R & Eunice Anderson

Your social security number

████ -6432

### Part I    Tax

| | | | |
|---|---|---|---|
| **1** | Additions to tax: | | |
| **a** | Excess advance premium tax credit repayment. Attach Form 8962 . . . . | **1a** | |
| **b** | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | |
| **c** | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . | **1c** | |
| **d** | Recapture of net EPE from Form 4255, line 2a, column (l) . . . . . . | **1d** | |
| **e** | Excessive payments (EP) from Form 4255. Check applicable box and enter amount. | | |
| | **(i)** ☐ Line 1a, column (n)    **(ii)** ☐ Line 1c, column (n) | | |
| | **(iii)** ☐ Line 1d, column (n)    **(iv)** ☐ Line 2a, column (n) . . . . | **1e** | |
| **f** | 20% EP from Form 4255. Check applicable box and enter amount. See instructions. | | |
| | **(i)** ☐ Line 1a, column (o)    **(ii)** ☐ Line 1c, column (o) | | |
| | **(iii)** ☐ Line 1d, column (o)    **(iv)** ☐ Line 2a, column (o) . . . . | **1f** | |
| **y** | Other additions to tax (see instructions): _____ | **1y** | |
| **z** | Add lines 1a through 1y . . . . . . . . . . . . . . . | **1z** | |
| **2** | Alternative minimum tax. Attach Form 6251 . . . . . . . . . | **2** | |
| **3** | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . | **3** | |

### Part II    Other Taxes

| | | | |
|---|---|---|---|
| **4** | Self-employment tax. Attach Schedule SE . . . . . . . . . | **4** | 5,195. |
| **5** | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | |
| **6** | Uncollected social security and Medicare tax on wages. Attach Form 8919 . | **6** | |
| **7** | Total additional social security and Medicare tax. Add lines 5 and 6 . . | **7** | |
| **8** | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . . . ☐ | **8** | |
| **9** | Household employment taxes. Attach Schedule H . . . . . . . | **9** | |
| **10** | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . | **10** | |
| **11** | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . | **11** | |
| **12** | Net investment income tax. Attach Form 8960 . . . . . . . . | **12** | |
| **13** | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . | **14** | |
| **15** | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | **15** | |
| **16** | Recapture of low-income housing credit. Attach Form 8611 . . . . . | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2024

| | **Part II** | **Other Taxes** *(continued)* | | | |
|---|---|---|---|---|---|

**17** Other additional taxes:

**a** Recapture of other credits. List type, form number, and amount:

_____  **17a**

**b** Recapture of federal mortgage subsidy, if you sold your home see instructions  **17b**

**c** Additional tax on HSA distributions. Attach Form 8889 . . . . . . . .  **17c**

**d** Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . . . . . .  **17d**

**e** Additional tax on Archer MSA distributions. Attach Form 8853 . . . .  **17e**

**f** Additional tax on Medicare Advantage MSA distributions. Attach Form 8853  **17f**

**g** Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . . . .  **17g**

**h** Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . . .  **17h**

**i** Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . . .  **17i**

**j** Section 72(m)(5) excess benefits tax . . . . . . . . . . . . .  **17j**

**k** Golden parachute payments . . . . . . . . . . . . . . . .  **17k**

**l** Tax on accumulation distribution of trusts . . . . . . . . . . .  **17l**

**m** Excise tax on insider stock compensation from an expatriated corporation .  **17m**

**n** Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 .  **17n**

**o** Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . . .  **17o**

**p** Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . . .  **17p**

**q** Any interest from Form 8621, line 24 . . . . . . . . . . . .  **17q**

**z** Any other taxes. List type and amount: _____

_____  **17z**

**18** Total additional taxes. Add lines 17a through 17z . . . . . . . . . .  **18**

**19** Recapture of net EPE from Form 4255, line 1d, column (l) . . . . . . . . . .  **19**

**20** Section 965 net tax liability installment from Form 965-A . . . . . . .  **20**

**21** Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . . . . .  **21**  5,195.

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Shawn R & Eunice Anderson

Your social security number

████-6432

## Part I   Nonrefundable Credits

| | | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required | **1** | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 | **2** | |
| 3 | Education credits from Form 8863, line 19 | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 | **4** | |
| 5a | Residential clean energy credit from Form 5695, line 15 | **5a** | |
| b | Energy efficient home improvement credit from Form 5695, line 32 | **5b** | |
| 6 | Other nonrefundable credits: | | |
| a | General business credit. Attach Form 3800 | **6a** | |
| b | Credit for prior year minimum tax. Attach Form 8801 | **6b** | |
| c | Adoption credit. Attach Form 8839 | **6c** | |
| d | Credit for the elderly or disabled. Attach Schedule R | **6d** | 0. |
| e | Reserved for future use | **6e** | |
| f | Clean vehicle credit. Attach Form 8936 | **6f** | |
| g | Mortgage interest credit. Attach Form 8396 | **6g** | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | **6h** | |
| i | Qualified electric vehicle credit. Attach Form 8834 | **6i** | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | **6j** | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 | **6k** | |
| l | Amount on Form 8978, line 14. See instructions | **6l** | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 | **6m** | |
| z | Other nonrefundable credits. List type and amount: _____ | **6z** | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z | **7** | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | **8** | |

## Part II   Other Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 | **9** | 6,259. |
| 10 | Amount paid with request for extension to file (see instructions) | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 | **12** | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 | **13a** | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years | **13b** | |
| c | Net elective payment election amount from Form 3800, Part III, line 6, column (j) | **13c** | |
| d | Deferred amount of net 965 tax liability (see instructions) | **13d** | |
| z | Other refundable credits (see instructions): _____ | **13z** | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z | **14** | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 | **15** | 6,259. |

For Paperwork Reduction Act Notice, see your tax return instructions.          BAA   REV 09/04/25 PRO          Schedule 3 (Form 1040) 2024

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | | |

**Self-Employment Tax**

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.
Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.

20**24**
Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)

Shawn R Anderson

Social security number of person
with **self-employment** income ▮▮▮-▮▮-6432

## Part I    Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** ( | ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 36,765. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . | **3** | 36,765. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 33,952. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . . | **4c** | 33,952. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . . | **5a** | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . . | **5b** | 0. |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 33,952. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024 . . . . . . . . . . | **7** | 168,600 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . | **8a** | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . | **8b** | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . | **8c** | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . | **9** | 168,600. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . | **10** | 4,210. |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . | **11** | 985. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3** . . . . . . . . . . . . . . . . . . . . . | **12** | 5,195. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . . . . . . . . . . . . . | **13** 2,598. | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule SE (Form 1040) 2024

Schedule SE (Form 1040) 2024        Page **2**

| **Part II** | **Optional Methods To Figure Net Earnings** (see instructions) | | |
|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,380, **or (b)** your net farm profits[2] were less than $7,493.

| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . . . . . | **14** | *6,920* |
|---|---|---|---|
| 15 | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $6,920. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,493 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
|---|---|---|---|
| 17 | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**BAA**     REV 09/04/25 PRO     Schedule SE (Form 1040) 2024

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Eunice Anderson | ███-██-5145 |

**A** Principal business or profession, including product or service (see instructions)

Landscaping

**B** Enter code from instructions ▶ 2 3 5 9 0 0

**C** Business name. If no separate business name, leave blank.

Anderson Companies LLC  ta Jersey Premier Landscape

**D** Employer ID number (EIN) (see instr.) 8 2 2 5 2 6 3 0 8

**E** Business address (including suite or room no.) ▶ 6069 English Creek Avenue

City, town or post office, state, and ZIP code  Egg Harbor Twp., NJ 08234

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2024, check here . . . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐ | 1 | 1,722,510. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 1,722,510. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | 1,005,602. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 716,908. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ▶ | 7 | 716,908. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | 0. | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | 20a | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 22,242. |
| 12 | Depletion . . . | 12 | | b | Other business property . . . | 20b | 27,000. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 256,463. | 21 | Repairs and maintenance . . . | 21 | 0. |
| | | | | 22 | Supplies (not included in Part III) . | 22 | 0. |
| | | | | 23 | Taxes and licenses . . . . | 23 | 0. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 93,596. | 25 | Utilities . . . . . . . | 25 | 0. |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) . | 26 | 229,573. |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . | 27a | 88,095. |
| b | Other . . . . . | 16b | 0. | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |
| 17 | Legal and professional services | 17 | 2,300. | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . ▶ | 28 | 719,269. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | -2,361. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ | | |
| | and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 31 | -2,361. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 32a ☒ | All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32b ☐ | Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 09/04/25 PRO    Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024

Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to
value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | | | |
|---|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . | 36 | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . | 37 | 0. |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 998,328. |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 7,274. |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 1,005,602. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 42 | 1,005,602. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year)  ------------------------------

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business  --------------------  **b** Commuting (see instructions)  --------------------  **c** Other  --------------------

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes    ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes    ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . 47b ☐ Yes    ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. | |
|---|---|---:|
| ask acct / misc | | 12,000. |
| bad debts | | 18,941. |
| bank charges and fees | | 16,714. |
| equipment rental | | 21,990. |
| job supplies | | 500. |
| permits | | 372. |
| office expense | | 2,730. |
| payroll taxes | | 5,289. |
| See Line 48 Other Expenses | | 9,559. |
| **48** | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . 48 | 88,095. |

REV 09/04/25 PRO

Schedule C (Form 1040) 2024

**Shawn R & Eunice Anderson**                                                                                        ▮6432

# Smart Worksheets From 2024 Federal Tax Return

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

| **Business Address Information Smart Worksheet** |
| --- |
| Business street address. . . 6069 English Creek Avenue |
| City, State, and ZIP Code (do not enter State and ZIP Code if foreign address) |
| Egg Harbor Twp                     NJ _____ 08234 |
| **Or**, foreign country information: |

**Shawn R & Eunice Anderson**

6432

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

## Pension Plan Startup Costs Smart Worksheet

Your total qualified pension plan startup costs should be entered here. Do **not** include these in another expense category on Schedule C. The net of the amounts listed in the Smart Worksheet will be included in line 48, Other Expenses, below.

**QuickZoom** to Form 8881, Credit for Employer Pension Plan Startup Costs, to link the credit to this activity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

A   Enter your **qualified** pension plan startup costs . . . . . . . . . . . . . . . . . _____
B   Less: Allowed credit from Form 8881 . . . . . . . . . . . . . . . . . . . . . . . . _____
C   Net qualified pension plan startup costs . . . . . . . . . . . . . . . . . . . . . . _____

D   Enter the number of employees who received at least $5,000 of compensation during the tax year before the first credit year that applies to the pension plan startup costs credit . . . . . . . . . . . . . . . . . . . . . . _____
E   Enter the number of employees eligible to participate in the pension plan. _____

**Small Employer Pension Contributions**
F   Total **qualified** employer pension costs . . . . . . . . . . . . . . . . . . . . . _____
G   Less: Allowed employer pension credit from Form 8881, line 6g . . . . . . . _____
H   Net qualified employer pension costs . . . . . . . . . . . . . . . . . . . . . . . _____   0.

I   Enter the number of employees in the year before you first claimed small . . .
employer pension plan startup credit. . . . . . . . . . . . . . . . . . . . . . . . _____
J   Enter employer contributions made to the plan, don't include (i) elective deferrals, (ii) contributions made to employees whose wages paid to the employees were in excess of $100,000 and (iii) any amount of contribution to an employee to whom made contributions of more than $1,000 . . . . . . . _____
K   Enter employer contributions made to employees for whom you made more than $1,000. If this is the first or second year of the plan, do not include contributions of more than $1,000 per employee. If this is the third year of the plan, do not include contributions of more than $1,333 per employee. If this is the fourth year of the plan, do not include contributions of more than $2,000 per employees. If this is the fifth year of the plan, do not include contributions of more than $4,000 per employee. . . . . . . . . . . . . _____
L   **Plan year.** Check one:
   1st or 2nd plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
   3rd plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
   4th plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
   5th plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
   6th or over plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**Auto-Enrollment Credit**
M   Did you provide an auto-enrollment option for retirement savings?   [ ] Yes   [ ] No

**Military Spouse Participation Credit**
N   Enter the number of military spouse employees participating in an eligible plan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
O   Enter the total amount of contributions made to eligible military spouse employees. Do not enter more than $300 per employee . . . . . . . . . . . . _____

**Shawn R & Eunice Anderson**                                                    ▇▇-6432            3

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

## Qualified Business Income Deduction Smart Worksheet

*Completing this worksheet is generally only necessary if Form 8995A must be filed (i.e., taxable income is above threshold amounts or qualified coop payments are present).*

| | | | |
|---|---|---|---|
| A | QBI worksheet to report (double-click to link) . . . . . . . . . . . . . . . ▶ | | Anderson Companies LLC ta Jersey Premier Landscape |
| B | Trade or Business Name . . . . . . . . . . . . . . . Anderson Companies LLC  ta Jersey Premier Landscape | | |
| C | Trade or Business ID Number . . . . . . . . . . . 82-2526308 | | |
| D 1 | Is this a Specified Service Trade or Business (SSTB)? .     Yes     X  No | | |
| 2 | If No, is income attributable to a SSTB? (see Help) . . . .     Yes     X  No | | |
| 3 | QBI worksheet for SSTB income (this will auto-populate if Yes) . . . . . . . . . . . . . | | |
| 4 | Percentage of qualified income attributable to SSTB | | % |
| E 1 | Tentative Sch C profit (loss) from this business . . . . . . . . . . . . . . . . . . . . . | | -2,361. |
| 2 a | Former Employer Expenses . . . . . . . . . . . . . . . . . . . . . | | |
| b | Former Employer Income . . . . . . . . . . . . . . . . . . . . . | | |
| c | Net Gain Former Employer | | |
| d | Foreign Expenses . . . . . . . . . . . . . . . . . . . . . | | |
| e | Foreign Income . . . . . . . . . . . . . . . . . . . . . | | |
| f | Foreign Net Gain . . . . . . . . . . . . . . . . . . . . . | | |
| | Total adjustments to qualified business income . . . . . . . . . . . . . . . . | | |
| 3 | Tentative Sch C profit (loss) from qualified business . . . . . . . . . . . . . . . . | | -2,361. |
| 4 a | Calculated QBI allowed after passive/at-risk limits . . . . . . . | -2,361. | |
| b | Adjustments to allowed QBI . . . . . . . . . . . . . . . . . . . | | |
| c | Allowable QBI after loss limits . . . . . . . . . . . . . . . . . . | | -2,361. |
| 5 | Self employed deductions connected to this business | | |
| a | Self employed health insurance for this business . . . . . . . . . | 0. | |
| b | Total deduction for 1/2 self employment tax . . . . . . . . . . . . | | |
| c | Deduction for 1/2 S.E. tax connected to this business . . . . . . . | 0. | |
| d | Total deduction for S.E. retirement contributions . . . . . . . . . . | | |
| e | S.E. retirement deduction connected to this business . . . . . . . | 0. | |
| | Total self employed deductions connected to this business . . . . . . . . . . . . | | 0. |
| 6 | Sch C profit (loss) after S.E. deductions . . . . . . . . . . . . . . . . . . . . . | | -2,361. |
| 7 | Additional deductions related to this business reported on separate schedules . . . . | | |
| 8 | Net profit (loss) after adjustments, limitations, and deductions . . . . . . . . . . | | -2,361. |
| 9 | Allowable Sch C profit (loss) allocated to SSTB . . . . . . . . . . . . . . . . . . . | | 0. |
| 10 | Allowable Sch C profit (loss) from this business . . . . . . . . . . . . . . . . . . . | | -2,361. |
| F 1 | Ordinary gain (loss) from business assets . . . . . . . . . . . . . . . . . . . . . | | 0. |
| 2 | Ordinary gain (loss) adjustments . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 3 | Qualified ordinary gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| 4 a | Calculated QBI allowed after passive/at-risk limits . . . . . . . . . | 0. | |
| b | Adjustments to allowed QBI . . . . . . . . . . . . . . . | | |
| c | Allowable short-term qualified gain (loss) after passive/at-risk limits . . . . . . . . . | | 0. |
| 5 | Allowable ordinary gain (loss) allocated to SSTB . . . . . . . . . . . . . . . . | | 0. |
| 6 | Allowable ordinary gain (loss)/recapture from this business . . . . . . . . . . . | | 0. |
| G 1 | Section 1231 gain (loss) from business assets . . . . . . . . . . . . . . . . . | | 0. |
| 2 | Section 1231 gain (loss) adjustments . . . . . . . . . . . . . . . . . . . . . | | |
| 3 | Section 1231 gain (loss) from qualified business . . . . . . . . . . . . . . . . | | 0. |
| 4 a | Calculated QBI allowed after passive/at-risk limits . . . . . . . . . | 0. | |
| b | Adjustments to allowed QBI . . . . . . . . . . . . . . . | | |
| c | Allowable **ordinary** 1231 qualified gain (loss) . . . . . . . . . . . . . . . . | | 0. |
| 5 | Allowable ordinary 1231 gain (loss) allocated to SSTB . . . . . . . . . . . . . | | 0. |
| 6 | Allowable ordinary 1231 gain (loss) from this business . . . . . . . . . . . . . . . . | | 0. |

**Shawn R & Eunice Anderson**                                                      6432        4

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

| Qualified Business Income Deduction Smart Worksheet, Continued | |
|---|---:|
| **H 1** Allowable QBI (E10 plus F6 plus G6)............................ | -2,361. |
| **2** Qualified business income allocated to SSTB..................... | 0. |
| **3 a** Previously disallowed losses freed up in current year....... | |
| **b** Adjustments to previously disallowed losses............ | |
| **c** Previously disallowed QBI losses to be reported as separate business ....... | 0. |
| **d** QBI wksht for previously disallowed losses, if present ..... | |
| **I 1** Tentative wages ........................................ | 229,573. |
| **2** Adjustments ........................................... | |
| **3** Qualified wages ....................................... | 229,573. |
| **4** Qualified wages allocated to SSTB........................... | 0. |
| **J 1** Tentative Unadjusted Basis Immediately after Acquisition (UBIA) .......... | 2,552,424. |
| **2** Adjustments ........................................... | |
| **3** Qualified UBIA ....................................... | 2,552,424. |
| **4** Qualified UBIA allocated to SSTB ........................... | 0. |
| **K 1** Net income allocable to qualified payments from agricultural or horticultural coop ... | |
| **2** Wages allocable to qualified payments from coop .................... | |
| **3** Form 1099PATR line 6 (DPAD) from coop(s) w/ tax year starting **before** 1/1/2018 .. | |
| **4** Form 1099PATR line 6 (DPAD) from coop(s) w/ tax year starting **after** 12/31/17 ... | |

Shawn R & Eunice Anderson                                              6432                    5

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

## Carryovers to 2024 Smart Worksheet
### Enter carryovers from prior year below.

|  |  | Regular Tax | QBI | Alternative Minimum Tax |
|---|---|---|---|---|
| A | Section 179 carryover *(enter as positive amount)*. . . |  |  |  |
|  | **At-Risk Loss Carryovers** *(enter as negative amts)* |  |  |  |
| B | Schedule C suspended loss . . . . . . . . . . . . . . |  |  |  |
| C | Schedule D short-term suspended loss . . . . . . . . |  |  |  |
| D | Schedule D long-term suspended loss. . . . . . . . . |  |  |  |
| E | Form 4797 ordinary suspended loss . . . . . . . . . . |  |  |  |
| F | Form 4797 long-term suspended loss . . . . . . . . . |  |  |  |
|  | **Passive Loss Carryovers** *(enter as negative amts)* |  |  |  |
| G | Schedule C suspended loss . . . . . . . . . . . . . . |  |  |  |
| H | Schedule D short-term suspended loss . . . . . . . . |  |  |  |
| I | Schedule D long-term suspended loss. . . . . . . . . |  |  |  |
| J | Form 4797 ordinary suspended loss . . . . . . . . . . |  |  |  |
| K | Form 4797 long-term suspended loss . . . . . . . . . |  |  |  |

## Carryovers to 2024 Additional Info for Section 199A Deduction
### Section 199A (QBI deduction) requires first-in-first-out use of previously disallowed losses. Businesses qualified under Section 199A must complete this section for any previously disallowed losses.

|  | Applicable % | **Percentage of SSTB income (by category)** Enter 100 for businesses that were SSTBs in the year in question. If non-SSTB with income attributable to SSTB, enter the % attributable to SSTB. Otherwise, enter 0. (Not required if applicable % is 100%.) | | |
|---|---|---|---|---|
|  |  | Operating % | Form 4797 ord | Form 4797 l/t |
| 2018 . . . . . . . |  | 0.00 | 0.00 | 0.00 |
| 2019 . . . . . . . |  | 0.00 | 0.00 | 0.00 |
| 2020 . . . . . . . |  | 0.00 | 0.00 | 0.00 |
| 2021 . . . . . . . | 100.00 | 0.00 | 0.00 | 0.00 |
| 2022 . . . . . . . |  | 0.00 | 0.00 | 0.00 |
| 2023 . . . . . . . | 100.00 | 0.00 | 0.00 | 0.00 |

Shawn R & Eunice Anderson                                   6432                    6

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

| Carryovers to 2024 Smart Worksheet, Continued | Regular Tax | QBI |
|---|---|---|
| **Disallowed Section 179 Deduction by Year** | | |
| **Before 2018** . . .   A  Section 179 carryover. . . . . . . . . . . . . . . | | 0. |
| **2018** . . . . . . .   B  Section 179 carryover. . . . . . . . . . . . | | |
| **2019** . . . . . . .   C  Section 179 carryover. . . . . . . . . . . . | | |
| **2020** . . . . . . .   D  Section 179 carryover. . . . . . . . . . . . | | |
| **2021** . . . . . . .   E  Section 179 carryover. . . . . . . . . . . . | | |
| **2022** . . . . . . .   F  Section 179 carryover. . . . . . . . . . . . | | |
| **2023** . . . . . . .   G  Section 179 carryover. . . . . . . . . . . . | | |
| **Disallowed At-Risk Losses by Year and Type** | | |
| **Before 2018** . . .   A  Operating loss . . . . . . . . . . . . . . . . . | | 0. |
|   B  Form 4797 ordinary loss . . . . . . . . . . . | | 0. |
|   C  Form 4797 long-term loss . . . . . . . . . . | | 0. |
| **2018** . . . . . . .   D  Operating loss . . . . . . . . . . . . . . . . | | |
|   E  Form 4797 ordinary loss . . . . . . . . . . | | |
|   F  Form 4797 long-term loss . . . . . . . . . | | |
| **2019** . . . . . . .   G  Operating loss . . . . . . . . . . . . . . . . | | |
|   H  Form 4797 ordinary loss . . . . . . . . . . | | |
|   I  Form 4797 long-term loss . . . . . . . . . | | |
| **2020** . . . . . . .   J  Operating loss . . . . . . . . . . . . . . . . | | |
|   K  Form 4797 ordinary loss . . . . . . . . . . | | |
|   L  Form 4797 long-term loss . . . . . . . . . | | |
| **2021** . . . . . . .   M  Operating loss . . . . . . . . . . . . . . . . | | |
|   N  Form 4797 ordinary loss . . . . . . . . . . | | |
|   O  Form 4797 long-term loss . . . . . . . . . | | |
| **2022** . . . . . . .   P  Operating loss . . . . . . . . . . . . . . . . | | |
|   Q  Form 4797 ordinary loss . . . . . . . . . . | | |
|   R  Form 4797 long-term loss . . . . . . . . . | | |
| **2023** . . . . . . .   S  Operating loss . . . . . . . . . . . . . . . . | | |
|   T  Form 4797 ordinary loss . . . . . . . . . . | | |
|   U  Form 4797 long-term loss . . . . . . . . . | | |
| **Disallowed Passive Losses by Year and Type** | | |
| **Before 2018** . . .   A  Operating loss . . . . . . . . . . . . . . . . . | | 0. |
|   B  Form 4797 ordinary loss . . . . . . . . . . | | 0. |
|   C  Form 4797 long-term loss . . . . . . . . . | | 0. |
| **2018** . . . . . . .   D  Operating loss . . . . . . . . . . . . . . . . | | |
|   E  Form 4797 ordinary loss . . . . . . . . . . | | |
|   F  Form 4797 long-term loss . . . . . . . . . | | |
| **2019** . . . . . . .   G  Operating loss . . . . . . . . . . . . . . . . | | |
|   H  Form 4797 ordinary loss . . . . . . . . . . | | |
|   I  Form 4797 long-term loss . . . . . . . . . | | |
| **2020** . . . . . . .   J  Operating loss . . . . . . . . . . . . . . . . | | |
|   K  Form 4797 ordinary loss . . . . . . . . . . | | |
|   L  Form 4797 long-term loss . . . . . . . . . | | |
| **2021** . . . . . . .   M  Operating loss . . . . . . . . . . . . . . . . | | |
|   N  Form 4797 ordinary loss . . . . . . . . . . | | |
|   O  Form 4797 long-term loss . . . . . . . . . | | |
| **2022** . . . . . . .   P  Operating loss . . . . . . . . . . . . . . . . | | |
|   Q  Form 4797 ordinary loss . . . . . . . . . . | | |
|   R  Form 4797 long-term loss . . . . . . . . . | | |
| **2023** . . . . . . .   S  Operating loss . . . . . . . . . . . . . . . . | | |
|   T  Form 4797 ordinary loss . . . . . . . . . . | | |
|   U  Form 4797 long-term loss . . . . . . . . . | | |

**Shawn R & Eunice Anderson**                                                    6432

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

```
┌─────────────────────────────────────────────────────────────────────────┐
│                      Activity Summary Smart Worksheet                     │
│        Supporting information provided by program. NO ENTRIES ARE NEEDED. │
└─────────────────────────────────────────────────────────────────────────┘
```

|   |                          | Regular Tax | QBI      | Alternative Minimum Tax |
|---|--------------------------|-------------|----------|-------------------------|
| A | Ownership                | Spouse      |          |                         |
| B | At risk status           | All         |          |                         |
| C | Passive status           | Nonpassive  |          |                         |
|   | **Schedule C**           |             |          |                         |
| D | Tentative profit (loss)  | -2,361.     | -2,361.  | -10,262.                |
| E | Other adjustments        |             |          |                         |
| F | At risk disallowed loss  |             |          |                         |
| G | Passive carryover loss   |             |          |                         |
| H | Passive disallowed loss  |             |          |                         |
| I | Net profit (loss) allowed| -2,361.     | -2,361.  | -10,262.                |
|   | **Related Dispositions** |             |          |                         |
| J | Tentative profit (loss)  |             | 0.       |                         |
| K | At risk disallowed loss  |             |          |                         |
| L | Passive carryover loss   |             |          |                         |
| M | Passive disallowed loss  |             |          |                         |
| N | Net profit (loss) allowed|             | 0.       |                         |

Shawn R & Eunice Anderson                                                                    6432         8

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

| QBI (Section 199A) Losses by Year Smart Worksheet (cont.) | | |
|---|---|---|
| | **Regular Tax** | **QBI** |
| **At-risk loss carryforwards to 2025** | | |
| Before 2018 . . . . . . . .   A Operating loss . . . . . . . . . . . . . | | 0. |
| B Form 4797 ordinary loss . . . . . . | | 0. |
| C Form 4797 long-term loss . . . . . | | 0. |
| 2018 . . . . . . . . . . .   D Operating loss . . . . . . . . . . . . | | |
| E Form 4797 ordinary loss . . . . . . | | |
| F Form 4797 long-term loss . . . . . | | |
| 2019 . . . . . . . . . . .   G Operating loss . . . . . . . . . . . | | |
| H Form 4797 ordinary loss . . . . . . | | |
| I Form 4797 long-term loss . . . . . | | |
| 2020 . . . . . . . . . . .   J Operating loss . . . . . . . . . . | | |
| K Form 4797 ordinary loss . . . . . . | | |
| L Form 4797 long-term loss . . . . . | | |
| 2021 . . . . . . . . . . .   M Operating loss . . . . . . . . . | | |
| N Form 4797 ordinary loss . . . . . . | | |
| O Form 4797 long-term loss . . . . . | | |
| 2022 . . . . . . . . . . .   P Operating loss . . . . . . . . | | |
| Q Form 4797 ordinary loss . . . . . . | | |
| R Form 4797 long-term loss . . . . . | | |
| 2023 . . . . . . . . . . .   S Operating loss . . . . . . . | | |
| T Form 4797 ordinary loss . . . . . . | | |
| U Form 4797 long-term loss . . . . . | | |
| 2024 . . . . . . . . . . .   V Operating loss . . . . . . | | |
| W Form 4797 ordinary loss . . . . . . | | |
| X Form 4797 long-term loss . . . . . | | |

**Shawn R & Eunice Anderson**

Schedule C (Landscaping ): Profit or Loss from Business -- Smart Worksheet

| QBI (Section 199A) Losses by Year Smart Worksheet (cont.) | | Regular Tax | QBI |
|---|---|---|---|
| **Passive losses** | | | |
| **Passive loss carryforwards to 2025** | | | |
| Before 2018 . . . . . . . . | A Operating Loss . . . . . . . . . . . . | | 0. |
| | B Form 4797 ordinary loss . . . . . . | | 0. |
| | C Form 4797 long-term loss . . . . . | | 0. |
| 2018 . . . . . . . . . . . . | D Operating Loss . . . . . . . . . . . . | | |
| | E Form 4797 ordinary loss . . . . . . . | | |
| | F Form 4797 long-term loss . . . . . . | | |
| 2019 . . . . . . . . . . . | G Operating loss . . . . . . . . . . . . | | |
| | H Form 4797 ordinary loss . . . . . . . | | |
| | I Form 4797 long-term loss . . . . . . | | |
| 2020 . . . . . . . . . . . | J Operating loss . . . . . . . . . . . . | | |
| | K Form 4797 ordinary loss . . . . . . . | | |
| | L Form 4797 long-term loss . . . . . . | | |
| 2021 . . . . . . . . . . . | M Operating loss . . . . . . . . . . . . | | |
| | N Form 4797 ordinary loss . . . . . . . | | |
| | O Form 4797 long-term loss . . . . . . | | |
| 2022 . . . . . . . . . . . | P Operating loss . . . . . . . . . . . . | | |
| | Q Form 4797 ordinary loss . . . . . . . | | |
| | R Form 4797 long-term loss . . . . . . | | |
| 2023 . . . . . . . . . . . | S Operating loss . . . . . . . . . . . . | | |
| | T Form 4797 ordinary loss . . . . . . . | | |
| | U Form 4797 long-term loss . . . . . . | | |
| 2024 . . . . . . . . . . . | V Operating loss . . . . . . . . . . . . | | |
| | W Form 4797 ordinary loss . . . . . . . | | |
| | X Form 4797 long-term loss . . . . . . | | |

# Additional Information From 2024 Federal Tax Return

### Schedule C (Landscaping ): Profit or Loss from Business
#### Ln 26: Gross Wages

Itemization Statement

| Description | Amount |
|---|---|
| gross payroll | 229,573. |
| **Total** | **229,573.** |

### Schedule C (Landscaping ): Profit or Loss from Business
#### Ln 1a: Other receipts

Itemization Statement

| Description | Amount |
|---|---|
| Total sales | 1,562,510. |
| Management Fee Income | 160,000. |
| Less amts reported by 1099NEC | −41,174. |
| Less amts reported by 1099NEC | |
| Less amts reported by 1099NEC | |
| Less amts reported by 1099NEC | |
| **Total** | **1,681,336.** |

### Schedule C (Landscaping ): Profit or Loss from Business
#### Line 17

Itemization Statement

| Description | Amount |
|---|---|
| legal and professional | 2,300. |
| **Total** | **2,300.** |

### Schedule C (Landscaping ): Profit or Loss from Business
#### Line 38

Itemization Statement

| Description | Amount |
|---|---|
| CGS Materials | 985,809. |
| Refunds | 12,519. |
| **Total** | **998,328.** |

### Schedule C (Landscaping ): Profit or Loss from Business
#### Line 39

Itemization Statement

| Description | Amount |
|---|---|
| Subcontractors | 7,274. |
| **Total** | **7,274.** |

### Schedule C (Landscaping ): Profit or Loss from Business
#### Line 48 Other Expenses

Continuation Statement

| Description | Amount |
|---|---|
| repairs and maintenance | 21. |
| sales tax | 2,878. |
| utilities | 8,825. |
| late fee income | −2,165. |

Shawn R & Eunice Anderson                                              6432                    2

## Schedule C (Landscaping ): Profit or Loss from Business
### Line 48 Other Expenses

Continuation Statement

| Description | Amount |
|---|---|
| **Total** | 9,559. |

| Fill in this information to identify the case: |
|---|
| Debtor name _____ **Anderson Companies LLC** _____ |
| United States Bankruptcy Court for the: |
| _____ **District of New Jersey** _____ |
| Case number (if known): _____ |

**Official Form 204** Check if this is an amended filing

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Newtek Small Business Finance, LLC<br><br>1981 Marcus Avenue 130, Lake Success, NY 11042 | | Mortgage/Agreement/UCC-1 | Disputed | $965,930.54 | $655,000.00 | $310,930.54 |
| 2 | Commercial Credit Group, Inc.<br><br>525 North Tryon Street Suite 1000, Charlotte, NC 28202 | | Equipment Financing | Disputed | | | $100,000.00 |
| 3 | U.S. Small Business Administration (NJ District Office)<br><br>District Counsel, Two Gateway Center Suite 1002, Newark, NJ 07102 | | SBA Loan - Lapsed UCC-1 | Disputed | | | $413,387.57 |
| 4 | New Jersey Division of Taxation<br><br>3 John Fitch Way 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 | | Sales and Use Tax | Disputed | | | $340,000.00 |
| 5 | North Mill Equipment Finance, LLC and North Mill Credit Trust<br><br>601 Meritt 7 Suite 5, South Norwalk, CT 06857 | | Equipment Finance - Lapsed UCC-1 | Disputed | | | $128,374.73 |
| 6 | Aspire, LLC<br><br>PO Box 1178, Edison, NJ 08820 | | Software Supplier - Judgment No. J-17071-25 | Disputed | | | $106,890.00 |
| 7 | Maureen Kern<br><br>123 Exton Road, Somers Point, NJ 08244 | | Customer Claims | Disputed | | | $50,000.00 |
| 8 | Groff Tractor Mid Atlantic, LLC<br><br>551 N. Harding Highway, Vineland, NJ 08360 | | Equipment Rental - Lapsed UCC-1 | Disputed | | | $67,662.00 |

Offi

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Twin City Fire Insurance Co. \| Sentinel Insurance Company Ltd.<br><br>One Hartford Plaza, Hartford, CT 06155 | | Worker's Comp Insurance | | | | $55,969.13 |
| 10 | Komatsu America Corp.<br><br>2240 Bethlehem Pike, Hatfield, PA 19440 | | Leased Equipment | Disputed | | | $42,154.91 |
| 11 | Superior Pool Products, LLC<br><br>406 A 200 Freeway Dr Unit 200, Blackwood, NJ 08012 | | Trade Debt | Disputed | | | $37,648.26 |
| 12 | Diesel Direct Mid-Atlantic LLC<br><br>74 Maple Street, Stoughton, MA 02072 | | Fuel | | | | $36,656.58 |
| 13 | Cooper Levenson, P.A.<br><br>Attn: Erika-Leigh Kelley, Esq., 1125 Atlantic Avenue, Atlantic City, NJ 08401 | | Legal fees and expenses | | | | $32,028.05 |
| 14 | Financial Pacific Leasing, Inc.<br><br>P.O. Box 4568, Federal Way, WA 98001 | | Leased Equipment | Disputed | | | $28,000.00 |
| 15 | New Jersey Division of Employer Accounts<br><br>P.O. Box 379, Trenton, NJ 08625-0379 | | Payroll tax and Penalties | Disputed | | | $28,000.00 |
| 16 | Bluevine .<br>c/o Eyal Lifshitz, CEO, 30 Montgomery St. Suite 1400, Jersey City, NJ 07302 | | Loan | Disputed | | | $27,812.76 |
| 17 | ERC Specialists, LLC<br><br>c/o Strong & Hanni Law Firm, Attn: Benjamin P. Thomas, Esq., 102 South 200 East Suite 800, Salt Lake City, UT 84111 | | Employee Retention Credit Services | Disputed | | | $22,332.93 |
| 18 | Parimal and Susan Upadhyay<br><br>8 Coventry Terrace, Columbus, NJ 08022 | | Customer Claims | | | | $20,000.00 |
| 19 | Township of Mullica Tax Collector<br><br>Township of Mullica Tax Office, PO Box 317, Elwood, NJ 08217 | | Statutory lien for property taxes 2025 Q-2, Q-3, Q-4, and 2026 Q-1 | Disputed | | | $19,716.53 |

| 20 | Battelinis Garage Inc. d/b/a Bobcat of Vineland<br><br>1801 East Sherman Avenue, Vineland, NJ 08360 | | Equipment rental deficiency | | | | $15,504.00 |
|----|----|----|----|----|----|----|----|